UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-02625-SK                    Date: May 27, 2026

Title      Ali Gokseven v. James Janecka, Warden of Adelanto Detention Facility

Present: The Honorable:  Steve Kim, United States Magistrate Judge

Connie Chung                                    n/a
Deputy Clerk                           Court Reporter / Recorder

Attorneys Present for Petitioner:       Attorneys Present for Respondents:
None present                                  None present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 15, 2026, Petitioner Ali Gokseven, a native and citizen of Georgia detained at the Adelanto Detention Facility, filed a counseled habeas petition pursuant to 28 U.S.C. § 2241 challenging the lawfulness of his detention.  (ECF 1).  In response, Respondent maintains that "Petitioner appears to be a member of the Bond Eligible Class" as certified in *Maldonado Bautista v. Santacruz*, 813 F. Supp. 3d 1084 (C.D. Cal. 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).  (ECF 7 at 2).  Thus, Respondent does not oppose the provision of a bond hearing and contends that "no more filings or proceedings will be necessary in this matter." (*Id.*).  However, Petitioner has filed no timely reply to Respondents answer.

As a result, Petitioner is ORDERED TO SHOW CAUSE within **7 days** why the petition should not be granted consistent with the declaratory judgment in *Maldonado Bautista v. Santacruz*, as well as the follow-on orders by the *Maldonado Bautista* court enforcing that judgment in individual habeas petitions.  *See, e.g., Munoz v. Johnson*, No. 2:26-cv-02171-SSS, 2026 WL 905513, at *1 (C.D. Cal. Apr. 1, 2026); *Benites v. Janecka*, No. 5:26-cv-00222-SSS, 2026 WL 579160, at *1 (C.D. Cal. Mar. 2, 2026); *Martinez v. Rios*, No. 5:26-cv-00679-SSS, 2026 WL 576010, at *1 (C.D. Cal. Mar. 2, 2026).  If no timely reply or other response to this order is filed, judgment on the petition will be entered accordingly.

IT IS SO ORDERED.