JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI GOKSEVEN,<br><br>                Petitioner,<br><br>v.<br><br>JAMES JANECKA,<br><br>                Respondent. | CASE NO. 5:26-cv-2625-SK<br><br>**JUDGMENT** |

       Pursuant to the Order Granting Habeas Petition, **IT IS ADJUDGED** that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted on the terms set forth in that Order.

       The Clerk is instructed to close this case.

DATED: <u>June 3, 2026</u>                    _____

                                    HON. STEVE KIM<br>                                    United States Magistrate Judge